UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

XI'AN ZHUOMAI INFORMATION TECHNOLOGY CO., LTD. and ZHAO RUI,

Plaintiffs,

-v-

FRANCIS AO, *individually doing business as* BeloveGrace, *doing business as* belovegrace.com, and DOE 1,

Defendants.

---------------------------------------------------------------------X

26 Civ. 9209 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

By November 5, 2026, Defendants shall respond to Plaintiffs' memorandum of law in support of their motion for a temporary restraining order. Dkt. 9-4. By October 30, 2026, Plaintiffs shall serve this Order on Defendants by sending it via both email and overnight courier to the addresses that Defendant Ao has identified. *See id.* at 6, 14.

SO ORDERED.

Dated: October 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge